**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Peggy Pierce v. Gary T. Brock, M.D. and Gary T. Brock, M.D., P.A.

Appellate case number:  01-18-00954-CV

Trial court case number:  2018-42395

Trial court:    157th District Court of Harris County

Appellant, Peggy Pierce, has filed a notice of interlocutory appeal of the trial court's order denying her "Anti-SLAPP Motion to Dismiss." On November 2, 2018, the trial court clerk notified the Clerk of this Court that the clerk's record was complete but appellant had not made payment arrangements. The Clerk of this Court then notified appellant that the appeal was subject to dismissal unless she provided proof that she had paid, or made arrangements to pay, the fee for preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On November 5, 2018, appellant provided proof of payment of the fee for preparation of the clerk's record. However, a clerk's record has not yet been filed.

**Accordingly, the trial court clerk is direct to prepare and file a clerk's record in this appeal no later than 10 days from the date of this order.** *See* TEX. R. APP. P. 35.1(b), 35.3(c).

It is so ORDERED.

Judge's signature: __/s/ Russell Lloyd_____
                           x  Acting individually     ☐ Acting for the Court

Date: _November 20, 2018_____

1